### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

**RYAN LAMBERT**
**an individual,**

      **PLAINTIFF,**

**v.**                                                                      **Case No. 6:22-CV-00782**

**AMERICAN PIZZA PARTNERS, LP**

    **DEFENDANTS.**

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DATE came on for consideration the Agreed Motion to Dismiss with Prejudice, filed by Plaintiff Ryan Lambert.  The Court having considered the Motion, enters the following Order:

**ORDERED AND ADJUDGED:**

1.     The Motion to Dismiss with Prejudice, is hereby GRANTED.  All Claims, Counts, and/or Demands asserted by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE to the right of Plaintiff to refile, in whole or in part, the same or similar claims against the Defendant.

2.     It is further ORDERED that Plaintiff and Defendant shall each bear their own costs, expenses and attorneys' fees.

SIGNED this 26th day of May, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE